IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENESHA TOMLIN,

    Plaintiff,

v.                                                      Civ. No. 24-1163 JB/GBW

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER FOR COPIES OF AUTHORITIES

THIS MATTER is before the Court on Plaintiff's Objections to Defendants' Motions to Dismiss ("Objections"). *Doc. 13.* In her Objections, Plaintiff cites a number of cases in support of her argument that the Court has been unable to locate using standard legal research tools. Among the cited cases are the following:

- *In Matter of Chavez*, 109 N.M. 121 (1989)
- *State v. Vargas*, 146 N.M. 40 (2009)
- *Trinity Christian Academy v. State of N.M.*, D-202-CV-2018-07730

IT IS THEREFORE ORDERED that Plaintiff shall provide the Court with PDF copies of each of the above-cited no later than **May 16, 2025**. Plaintiff shall send these cases to wormuthproposedtext@nmd.uscourts.gov.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE